**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

| | |
|---|---|
| Linda Pollari, | Case No.: 09-CV-987-JBW-RLM |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Capital Management Services, LP, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: *s/ Maria Coen*
Maria Coen (Bar No. 9092)
420 Lexington Avenue, Suite 2132
New York, NY 10170
Tel:  1.866.339.1156
Fax: 1.312.822.1064
coe@legalhelpers.com
*Attorney for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via ordinary U.S. mail:

Scott A. Schechter, Esq.
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, New York 10595
*Attorney for Defendant*

                                    */s/ Richard Meier*